652 A.2d 281

**Edward DORIA, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS,**
**Records Department, Pennsylvania Board of**
**Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Submitted Sept. 22, 1994.

Decided Dec. 28, 1994.

Michael Lerner, for appellant.

Arthur R. Thomas, Pennsylvania Bd. of Probation and Parole, K. Scott Roy, Joseph D. Lehman, Com'rs Dept. of Corrections, for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appellees' Motion to Quash Reply Brief of Appellant is denied. The Order of the Commonwealth Court is affirmed.

MONTEMURO, J., is sitting by designation.